No. 87–1202. HUTTER NORTHERN TRUST ET AL. *v.* CITY OF CHICAGO ET AL., 485 U. S. 936. Motion for leave to file petition for rehearing denied.

JULY 11, 1988

No. 87–1957. ALLEN-SHERMAN-HOFF CO., INC., ET AL. *v.* HARDY. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.

JULY 28, 1988

No. 88–5174 (A–84). MESSER *v.* ZANT, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, with whom JUSTICE BRENNAN joins, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231–241 (1976) (MARSHALL, J., dissenting), I would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.

But even if I did not hold these views, I would grant the stay and vacate petitioner's death sentence for the reasons I expressed in *Messer* v. *Kemp*, 474 U. S. 1088 (1986) (dissent from denial of certiorari). Petitioner has clearly met the standard that this Court set in *Strickland* v. *Washington*, 466 U. S. 668 (1984), for establishing ineffective assistance of counsel during the sentencing phase of his trial.

AUGUST 2, 1988

No. 87–2095. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* WILSON. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.